# United States Court of Appeals
## For the First Circuit

No. 06-1178

OMAR HOYOS,

Plaintiff, Appellant,

CECILIA MEJÍAS JIMÉNEZ,

Plaintiff

v.

TELECORP COMMUNICATIONS, INC. d/b/a AT&T WIRELESS PCS, INC.;
SUNCOM WIRELESS PUERTO RICO OPERATING COMPANY LLC,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on May 18, 2007 is amended as follows:

Page 3, line 1: replace "185k" with "185m"

Page 3, line 22: replace "basis" with "bases"

Page 7, line 7: insert a comma after "answer"

Page 11, line 8: replace "Inter-Continental" with "Intercontinental"